Jessica B. Coffield (SBN 274122)
jbcoffield@ww.law
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (949) 475-9203

Attorneys for Defendant
CENLAR FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMAKO STRICKLAND, | 2:23-cv-00697-DJC-KJN |
| Plaintiff, | [Hon. Daniel J. Calabretta] |
| v. | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE DEADLINE FOR JOINT STATUS REPORT PURSUANT TO FED. R. CIV. P. 26(F)** |
| CENLAR F.S.B.; CITIMORTGAGE, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 144(a), Plaintiff Kimako Strickland and Defendants CitiMortgage, Inc. and Cenlar FSB (together "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 14, 2023, Plaintiff filed a complaint against Defendants in the Superior Court of California, San Joaquin County, in the case captioned *Strickland v. Cenlar F.S.B., et al.*, Case No. STK-CV-URP-2023-2469 (the "State Court Action");

WHEREAS, on March 16, 2023, Plaintiff served each Defendant with the Summons and Complaint in the State Court Action;

WHEREAS, on April 13, 2023, Defendants filed a Notice of Removal removing the State Court Action to this Court;

1

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND TO CONTINUE DEADLINE FOR JOINT STATUS REPORT; CASE NO. 2:23-CV-000697-DJC-KJN

4565542.2

WHEREAS, Defendants did not file an answer or otherwise respond to the Complaint before filing their Notice of Removal. Accordingly, Defendants 'responses to the Complaint were due on April 20, 2023, which is seven days after the Notice of Removal was filed. See Fed. R. Civ. P. 81(c)(2)(C);

WHEREAS, the Parties previously stipulated that the deadline for Defendants to file their responses to the complaint would be extended by 28 days to May 18, 2023;

WHEREAS, pursuant to the Court's Initial Case Management Order, the Parties are to confer and submit a joint status report that includes a Rule 26(f) discovery plan by June 12, 2023;

WHEREAS, there have been no prior stipulations to continue case management, discovery, and/or hearing dates;

WHEREAS, the Parties have engaged in settlement negotiations, and seek additional time to continue such discussions;

WHEREAS, the Parties seek to limit unnecessary filings in order to preserve judicial resources and those of the Parties.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, and through their respective attorneys of record, as follows:

1. Defendants shall have up to and including June 19, 2023 to file and serve an answer or motion under Rule 12 to the Complaint;

2. The Parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan by July 19, 2023;

**IT IS SO STIPULATED.**

DATED: May 10, 2023                    WOLFE & WYMAN LLP

                                       By:    /s/ Jessica B. Coffield
                                              JESSICA B. COFFIELD
                                       Attorneys for Defendant
                                       **CENLAR FSB**

DATED: May 10, 2023              MAYER BROWN LLP


                                 By:    /s/ Robert C. Double
                                     (as authorized on 5/9/23)
                                      ROBERT C. DOUBLE III
                                 Attorneys for Defendant
                                 **CITIMORTGAGE, INC.**


DATED: May 10, 2023              CDLG, PC


                                 By:    /s/  Tony Cara
                                     (as authorized on 5/9/23)
                                      ANTHONY CARA
                                 Attorneys for Plaintiff
                                 **KIMAKO STRICKLAND**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


 DATED: May 10, 2023              /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE