MAYER BROWN LLP
ROBERT C. DOUBLE III (SBN 301637)
rdouble@mayerbrown.com
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MICHAEL BORNHORST (*pro hac vice* to be filed)
mbornhorst@mayerbrown.com
71 South Wacker Dr.
Chicago, Illinois, 60606
Telephone: (312) 782-0600
Facsimile: (312) 706-9302

*Attorneys for Defendant
CitiMortgage, Inc.*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMAKO STRICKLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CENLAR F.S.B.; CITIMORTGAGE, INC. and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00697-DJC-KJN<br><br>**JOINT STIPULATION EXTENDING EXISTING DEADLINES BY 30 DAYS**<br><br>Honorable Daniel J. Calabretta |

Pursuant to Local Rule 144(a), Plaintiff Kimako Strickland and Defendants CitiMortgage, Inc. and Cenlar FSB (together "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 14, 2023, Plaintiff filed a complaint against Defendants in the Superior Court of California, San Joaquin County, in the case captioned *Strickland v. Cenlar F.S.B., et al*., Case No. STK-CV-URP-2023-2469 (the "State Court Action").

WHEREAS, on March 16, 2023, Plaintiff served each Defendant with the summons and complaint in the State Court Action.

WHEREAS, on April 13, 2023, Defendants filed a Notice of Removal removing the State Court Action to this Court. ECF No. 1.

WHEREAS, Defendants did not file an answer or otherwise respond to the complaint before filing their Notice of Removal. Accordingly, Defendants' responses to the complaint were due on April 20, 2023, which was seven days after the Notice of Removal was filed. *See* Fed. R. Civ. P. 81(c)(2)(C).

WHEREAS, pursuant to Local Rule 144(a), the Parties stipulated to a 28-day extension of time to respond to the Complaint. ECF No. 6.

WHEREAS, after entering into their initial stipulation, the Parties began settlement negotiations. To facilitate those discussions, they requested an additional extension of the deadline to respond to the Complaint. ECF No. 10.

WHEREAS, the Court allowed the Parties' stipulated extension, extending the deadline to respond to the Complaint to June 19, 2023, and setting July 19, 2023 as the deadline for the Parties to file a joint status report. ECF No. 11.

WHEREAS, the Parties continue to engage in good faith settlement negotiations, which has included an evaluation of Plaintiff's eligibility for loss mitigation. These settlement efforts are active and ongoing, and the Parties are focusing their efforts on a resolution of this matter that does not require judicial intervention.

1 | WHEREAS, the Parties seek to limit unnecessary filings in order to preserve judicial resources and those of the Parties, and so respectfully request that the Court extend the existing case deadlines by 30 days.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, and through their respective attorneys of record, as follows:

1. Defendants shall have up to and including July 19, 2023 to file and serve an answer or motion under Rule 12 to the Complaint; and,

2. The Parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan by August 19, 2023.

**IT IS SO STIPULATED.**

Dated: June 9, 2023

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Robert C. Double III*
Robert C. Double III

Attorneys for Defendant
CitiMortgage, Inc.

Dated: June 9, 2023

WOLFE & WYMAN LLP

By: */s/ Jessica B. Coffield*
(as authorized on 6/9/23)
Jessica B. Coffield

Attorneys for Defendant
Cenlar FSB

Dated: June 9, 2023

CDLG, PC

By: <u>*/s/Anthony Cara*</u>
(as authorized on 6/9/23)
Anthony Cara

Attorneys for Plaintiff
Kimako Strickland

**IT IS SO ORDERED.**

Dated:  6/9/23

<u>/s/ Daniel J. Calabretta</u>
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE