


MAYER BROWN LLP
CHARLES TURNER (SBN 349195)
*clturner@mayerbrown.com*
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant
CitiMortgage, Inc.*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMAKO STRICKLAND,<br><br>        Plaintiff,<br><br>    vs.<br><br>CENLAR CAPITAL CORPORATION d.b.a. CENLAR FSB; CITIMORTGAGE, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-00697-DJC-KJN<br><br>**STIPULATION<br>TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Honorable Daniel J. Calabretta |

Pursuant to Local Rule 144(a), Plaintiff Kimako Strickland and Defendants CitiMortgage, Inc. and Cenlar FSB (together "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On March 16, 2023, Plaintiff served each Defendant with the summons and complaint in the State Court Action.

2. On April 13, 2023, Defendants filed a Notice of Removal removing the State Court Action to this Court. ECF No. 1.

3. Defendants did not file an answer or otherwise respond to the Complaint before filing their Notice of Removal. Accordingly, Defendants' responses to the Complaint were due on April 20, 2023, which was seven days after the Notice of Removal was filed. *See* Fed. R. Civ. P. 81(c)(2)(C).

4. On April 18, 2023, pursuant to Local Rule 144(a), the Parties stipulated to a 28-day extension of time to respond to the Complaint. ECF No. 6.

5. After entering into their initial stipulation, the Parties began settlement negotiations. To facilitate those discussions, they requested an additional extension of the deadline to respond to the Complaint. ECF No. 10.

6. The Court allowed the Parties' stipulated extension, extending the deadline to respond to the Complaint to June 19, 2023, and setting July 19, 2023 as the deadline for the Parties to file a joint status report. ECF No. 11.

7. On July 11, 2023, a Notice of Settlement and Joint Stipulation to Continue Deadlines was filed with this Court. ECF No. 14, 15.

8. On July 11, 2023, this Court issued a Minute Order ("July 11 Order") requiring the Parties to file dispositional documents within twenty-one (21) days in accordance with the provisions of Local Rule 160 and vacated all other hearing dates and deadlines. ECF No. 15.

9. The Parties respectfully request a thirty (30) day extension of this deadline, extending the deadline for filing disposition documents to <u>August 31, 2023</u>. This requested deadline is not sought for any improper purpose or undue delay; rather, it is requested to provide

the Parties with additional time to finalize their settlmement agreement.  Subsequent to the Court's July 11 Order, counsel for Defendants conferred in order to prepare a draft settlement agreement, which has now been drafted and provided to Plaintiff's counsel for review. More time was needed to draft the settlement agreement than initially anticipated due, in part, to counsel's work in connection with other matters, as well as due to illness. However, as noted, the settlement agreement is now drafted and in the process of being finalized and executed by the Parties. At all times in this action, settlement afforts have been cooperative and conducted in good faith.  Thus, the Parties respectfully request additional time to allow them time to finalize their settlement agreement and resolve this litigaiton without further use of the Court's resources.

10. Before filing this joint stipulation, Defendants' counsel conferred with Plaintiff's counsel, by email, and obtained Plaintiff's consent to the requested extension.  Accordingly, Plaintiff joins in the filing of this stipulation.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, and through their respective attorneys of record, as follows:

11. Defendant Cenlar FSB and Defendant CitiMortgage, Inc., and Plaintiff Kimako Strickland, each through their counsel, respectfully request that the Court enter a limited extension of the Parties' deadline to file dispositional documents to <u>August 31, 2023</u>.

**IT IS SO STIPULATED.**

Dated: August 03, 2023                    MAYER BROWN LLP

                                          By:     */s/ Charles Turner*
                                                  Charles Turner

                                          Attorneys for Defendant
                                          CitiMortgage, Inc.

| | | |
|---|---|---|
| 1 | Dated: August 03, 2023 | WOLFE & WYMAN LLP |
| 2 | | |
| 3 | | By:  /s/ Jessica B. Coffield  <br>      (as authorized on 8/03/23) <br>       Jessica B. Coffield |
| 4 | | |
| 5 | | Attorneys for Defendant <br> Cenlar FSB |

Dated: August 03, 2023            CDLG, PC

By:  /s/  Anthony Cara  
     (as authorized on 8/03/23)  
      Anthony Cara

Attorneys for Plaintiff  
Kimako Strickland

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 3, 2023            /s/ Daniel J. Calabretta  
                                  THE HONORABLE DANIEL J. CALABRETTA  
                                  UNITED STATES DISTRICT JUDGE