**MAYER BROWN LLP**
CHARLES TURNER (SBN 349195)
clturner@mayerbrown.com
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant
CitiMortgage, Inc.*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMAKO STRICKLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENLAR F.S.B.; CITIMORTGAGE, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00697-DJC-KJN<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br>Honorable Daniel J. Calabretta |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Kimako Strickland and Defendants CitiMortgage, Inc. and Cenlar FSB (together "Defendants"), by and through their respective counsel of record, **HEREBY STIPULATE AND AGREE,** to the dismissal with prejudice of all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned action.

This stipulation of dismissal completely terminates the above-captioned action against all parties. Each party will bear their own attorneys' fees and costs.

///

///

**IT IS SO STIPULATED.**

Dated: October 04, 2023

MAYER BROWN LLP
By: */s/ Charles Turner*
Charles Turner

Attorneys for Defendant
CitiMortgage, Inc.

Dated: October 04, 2023

WOLFE & WYMAN LLP
By: */s/ Jessica B. Coffield*
(as authorized on 10/04/23)
Jessica B. Coffield

Attorneys for Defendant
Cenlar FSB

Dated: October 04, 2023

CDLG, PC
By: */s/ Anthony Cara*
(as authorized on 10/04/23)
Anthony Cara

Attorneys for Plaintiff
Kimako Strickland

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 5, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE